Filed 7/1/2021 1:14 PM
Bobbye Chistopher
District Clerk
Polk County, Texas
Stephanie Moreno, Deputy

CAUSE NO. CIV21-0010
_____

| | | |
|---|---|---|
| JIMMIE LEWING | § § § | IN THE DISTRICT COURT |
| VS. | § § § | OF POLK COUNTY, TEXAS |
| WAL-MART STORES TEXAS, LLC | § | \_\_\_ JUDICIAL DISTRICT |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JIMMIE LEWING, Plaintiff (sometimes referred to only as "Plaintiff"), complaining of WAL-MART STORES TEXAS, LLC, Defendant and for cause of action would show this Honorable Court the following:

**I.**
**DISCOVERY CONTROL PLAN**

Plaintiff intends to conduct discovery in this matter under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

**II.**
**PARTIES**

Plaintiff is an individual and a resident of Onalaska, Polk County, Texas.

Defendant WAL-MART STORES TEXAS, LLC is a foreign limited liability company conducting business in the State of Texas. Defendant may be served with process by delivering citation to its registered agent for service, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or wherever it may be found.

**III.**
**JURISDICTION AND VENUE**

This Court has jurisdiction because the amount in controversy is within its jurisdictional limits. Venue is proper in Polk County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Polk county.

**EXHIBIT A**

## IV.
## FACTS

This suit is brought as a result of an incident that occurred on or about September 18, 2019. On said date, Plaintiff, who was an invitee at Wal-Mart's facility #275, located in Livingston, Texas, stepped in an uncovered drainage pipe and fell. Plaintiff was seriously injured as a result.

## V.
## NEGLIGENCE – WAL-MART STORES TEXAS, LLC

The incident was proximately caused by the negligence and gross negligence of Defendant WAL-MART STORES TEXAS, LLC in creating a condition on the premises that created an unreasonable risk of harm to visitors. Further, Defendant WAL-MART STORES TEXAS, LLC knew, or in the exercise of ordinary care should have known, of this unsafe condition on its premises, but failed to remedy or correct the condition and failed to warn patrons at the store, including Plaintiff, of the danger. Such negligence was the proximate cause of Plaintiff's injuries.

## VI.
## DAMAGES

As a producing, direct and proximate result of the incident and injuries for which Defendants are liable, Plaintiff seeks and is entitled to the following damages:

1. physical pain and mental anguish in the past and future;
2. lost wages and loss of earning capacity in the future;
3. physical disfigurement in the past and future;
4. physical impairment in the past and future;
5. medical care in the past and future;
6. exemplary damages; and
7. all other damages allowed by law and equity.

EXHIBIT A

As such, Plaintiff affirmatively pleads that they seek monetary relief over $250,000.00 but not more than $1,000,000.00.

## VII.
## INTEREST

Plaintiff specifically pleads for pre-judgment interest at the maximum legal rate.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer, and that on final trial hereof Plaintiff have judgment against the Defendant, jointly and severally, and that Plaintiff recover (1) actual and compensatory damages in accordance with the evidence; (2) pre-judgment and post-judgment interest as provided by law; (3) costs of suit; (4) exemplary damages; (5) attorney's fees; and such other and further relief, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**KRAIG L. RUSHING**
Attorney at Law

_____
Kraig L. Rushing
State Bar No. 24071554
2030 North Loop West, Suite 280
Houston, Texas 77018
Telephone: (346) 293-9670
Telecopier: (832) 667-9046
Email: krushing@krushinglaw.com

**ATTORNEY FOR PLAINTIFF**

EXHIBIT A