UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JIMMIE LEWING | § | CIVIL ACTION |
|    Plaintiff | § | |
| | § | |
| VS. | § | NO. 9:21-CV-133 |
| | § | |
| WALMART STORES TEXAS, L.L.C. | § | |
|    Defendant | § | JURY |

## NOTICE OF SETTLEMENT

Plaintiff, JIMMIE LEWING, and Defendant, WALMART STORES TEXAS, LLC, respectfully announce to the Court that the parties have reached a settlement agreement with regard to the above-styled cause of action. The parties respectfully request sixty (60) days from this date to allow Plaintiff to resolve possible liens/subrogations that maybe applicable to this case. Once this issue is resolved and settlement documents are executed, the parties will submit a Stipulation of Dismissal. Accordingly, Plaintiff and Defendant request that the Court vacate all deadlines set forth in the Court's Scheduling order executed on September 17, 2021 (DOC 12).

Respectfully submitted,

By

Mr. Kraig L. Rushing
SBN: 24071554
krushing@krushinglwa.com
KRAIG L. RUSHING ATTORNEY AT LAW
2030 North Loop West, Suite 280
Houston TX 77018
Ph:    346-239-9670
Fx:    832-667-9046
**ATTORNEY FOR PLAINTIFF**

1

By: /s/ Karen L. Spivey

Karen L. Spivey
MEHAFFYWEBER, P.C.
State Bar No.: 18955100
Federal I.D. No.: 11680
karenspivey@mehaffyweber.com
**ATTORNEY FOR DEFENDANT**
Gordon R. Pate
State Bar No: 15563000
Federal I.D. No.: 9811
gordonpate@mehaffyweber.com
2615 Calder Avenue, Suite 800
Beaumont, Texas 77704
Ph:    409-835-5011
Fx:    409-835-5177

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this the  3rd  day of May, 2022, in accordance with the Federal Rules of Civil Procedure.

/s/ Karen L. Spivey

KAREN L. SPIVEY