IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JIMMIE LEWING | § § | |
| v. | § § | CIVIL ACTION NO. 9:21-CV-00133<br>JUDGE MICHAEL J. TRUNCALE |
| WALMART STORES TEXAS, L.L.C. | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal.  [Dkt. 23].  The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  To the extent that the Parties' dismissal is not in effect, the above-styled claims are dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of July, 2022.**

*[signature]*

Michael J. Truncale
United States District Judge